UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LLOYD CURTIS CLARK,
FDOC Inmate No. 933876,
    Plaintiff,

vs.                          Case No.:    5:17cv165-MCR-EMT

BAY CORRECTIONAL FACILITY, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 7, 2017 (ECF No. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** as malicious,

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The clerk shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this 8th day of September, 2017.

*/s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**